UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMEDA MANAY WILLIS,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

      Defendant.
_____/

Case No. 2:19-cv-11689
Hon. Anthony P. Patti

## JUDGMENT

In accordance with this Court's April 22, 2020 order granting in part and denying in part Plaintiff's motion for summary judgment and granting in part and denying in part Defendant's motion for summary judgment,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Plaintiff and against Defendant.

It is further **ORDERED AND ADJUDGED** that this matter is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with my April 22, 2020 Opinion and Order, which **REVERSED IN PART** the Commissioner's prior decision.

1

Dated at Detroit, Michigan on this day April 22, 2020 2020
DAVID J. WEAVER CLERK OF THE COURT

                                              BY: s/Michael Williams
                                                     DEPUTY CLERK

s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE